Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−19938−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George M. Sporing
111 Wilson Ave.
Mt. Ephraim, NJ 08059

Social Security No.:
xxx−xx−1685

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-19938-JNP
George M. Sporing Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: 148 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George M. Sporing, 111 Wilson Ave., Mt. Ephraim, NJ 08059-1883 |
| 521350553 | | American Water, 228 Mt. Ephraim Ave., Camden, NJ |
| 521350550 | | Bank of America, 24 Working Dr., Charlotte, NC 67302 |
| 521350547 | | Citi Card, 1315 Big Highway, Charlotte, NC 67502 |
| 521350548 | + | Firstmark Savings, 27 Congress St., Detroit, MI 48226 |
| 521350545 | | IRS, 24 New Street, Washington, DC 16502 |
| 521350546 | | Loan Max Title, 6658 Needmore Ave., New Castle, DE 26802 |
| 521350551 | + | NJ Dept. of Rev/Taxation, 24 Field St., Trenton, NJ 08610 |
| 521350552 | + | PA Dept of Revenue, 10 State St., Harrisburg, PA 17113 |
| 521350549 | | PNC Bank, 120 Newname Rd., Dayton, OH 45402 |
| 521350544 | + | PSE&G, 2 Riverside Dr., Camden, NJ 08103-1012 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521354254 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 07 2026 21:33:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 521380949 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 21:43:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521370972 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 07 2026 21:35:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 521359354 | | Email/Text: clientservices@tafthowardgroup.com | Oct 07 2026 21:34:00 | WLCC Lending Taft Howard Group, PO Box 70, Solon, IA 52333 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3